UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **PATRICIA ALVARADO,** § | | |
| *Plaintiff,* § | | |
| § | | |
| **vs.** § | **CIVIL ACTION NO.** _____ | |
| § | | |
| **ROSS DRESS FOR LESS, INC.** § | | |
| *Defendant* § | | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, ROSS DRESS FOR LESS, INC. (hereinafter collectively referred to as "Defendant"), and pursuant to 28 U.S.C. §1332, file this Defendant's Notice of Removal (hereinafter referred to as "Notice") through which Defendant seeks to remove a lawsuit originally filed in the 111th Judicial District Court of Webb County, Texas to the United States District Court for the Southern District of Texas, Laredo Division.

### I. Introduction

1.   ROSS DRESS FOR LESS, INC. is the Defendant in Cause No. 2019-CVK-001078-D2 originally filed on June 6, 2019 in the 111th Judicial District Court of Webb County, Texas by Plaintiff PATRICIA ALVARADO. A true and correct copy of Plaintiff's Original Petition (hereinafter referred to as "Petition and/or Complaint") is attached as *Exhibit 1*.

2.   Plaintiff served Defendant ROSS DRESS FOR LESS, INC. with Citation and the Complaint in the State Lawsuit on June 18, 2019. *See Exhibit 4, p.3*. Defendant files this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

3.   In the state lawsuit, Plaintiff alleges that she was an employee of Defendant. Plaintiff further alleges that on or about March 21, 2019, Plaintiff was performing her duties at a warehouse located at 2450 Monarch Drive, Laredo, Texas. Allegedly while moving a large box

of hangers from as shelf above her head, Plaintiff fell backwards on to the floor and claims to have sustained an injury.

Plaintiff contends that the Defendant is vicariously liable for the damages and injuries sustained by Plaintiff due to the acts and omissions of Defendant's employees. Plaintiff list a variety of theories of liability based on negligence;

a. Failure to properly plan the worksite/area;
b. Failure to provide Plaintiff with safety tools and personal protective equipment to avoid the type of injury Plaintiff sustained;
c. Negligent hiring of persons with inadequate qualifications, training and safety experience;
d. Failure to train and qualify on proper techniques for retrieving hanger boxes from shelves;
e. Negligent layout of the work area;
f. Failure to supervise;
g. Failure to warn of the potential hazards of moving the hanger boxes without the assistance of any tools, appliances, and equipment;
h. Failure to train, educate, test and instruct its employees;
i. Failure to furnish Plaintiff with a safe place to work;
j. Failure to Furnish its employees with adequate, necessary, suitable tools, appliances, and equipment;
k. Failure to warn Plaintiff of the dangers;
l. Negligent avoidance of unnecessary physical stress and strain on Plaintiff,
m. Failure to supply adequate and reasonably competent employees;
n. Failure to establish and enforce safety rules and regulations;
o. Failure to establish and enforce sufficient policies, procedures, and regulations;
p. Failure to provide adequate means of communication to enable its employee to inquire or obtain guidance from their employer on how to safely perform their job;
q. Failure to properly educate, instruct and supervise its employees in the performance of their duties;
r. Failure to have a competent safety person on the job-site;
s. Failure to adequately train, educate, or provide instructions and orders to persons;
t. Failure to provide proper safety manuals and instructions to employees responsible for safety;
u. Failure to have adequate policies in place to prevent injuries like the one that happened to Plaintiff; and
v. Plaintiff reserves the right to supplement other acts of negligence as discovery reveals
w. Further acts of negligence.

Plaintiff also asserts a statutory nonsubscriber claim pursuant to §406.033 of the Texas Labor Code.

4. Copies of the following documents attached hereto as listed in the "Index" and which documents are further adopted and incorporated by reference herein for all purposes as if set out in full, constitute certified copies of all processes, pleadings, orders and other filings in the State Lawsuit:

**INDEX**

| Exhibit 1. | 06/06/2019 | Plaintiff's Original Petition, Request for Disclosure and Jury Demand |
|---|---|---|
| Exhibit 1. | 06/06/2019 | Request for Process |
| Exhibit 1. | 06/06/2019 | Civil Case Information Sheet |
| Exhibit 2. | 06/12/2019 | Notice of Calendar Call |
| Exhibit 3. | 06/12/2019 | Citation Issued for Ross Dress for Less, Inc. |
| Exhibit 4. | 06/24/2019 | Citation Return – Executed for Ross Dress for Less, Inc. |
| Exhibit 5. | 07/05/2019 | Defendant Ross Dress for Less, Inc.'s Original Answer to Plaintiff's Original Petition |
| Exhibit 6. | | Docket Sheet |

## II. Basis for Removal

5. Removal is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a). *Johnson v. Columbia Props. Anchorage, L.P.*, 437 Fed. 3d 894, 899-900 (9th Cir. 2006). Plaintiff is a citizen of the State of Texas. ROSS DRESS FOR LESS, INC. is a company incorporated in the State of Virginia, and has its principal place of business at 5130 Hacienda Drive, Dublin, California 94568.

6. Additionally, the amount in controversy exceeds $75,000, excluding interest and costs. 28 U.S.C. §1332 (a). In Plaintiff's Original Petition, Plaintiff states that she **"pleads the value of this case is over two hundred thousand dollars ($200,000.00), but less than one million dollars ($1,000,000.00)."** *See Exhibit 1, p. 2.* Moreover, Plaintiff asserts a claim for gross negligence and seeks punitive and exemplary damages. *Id. at p. 5-6.* Punitive damages,

recoverable as a matter of law, may be included in the calculation of the jurisdiction amount. *See Williams v. State Farm Mut. Auto. Ins. Co.,* 931 F.Supp. 469 (S.D. Tex. Dec. 5, 1995).  Therefore, it is facially apparent from the face of the petition that Plaintiff's claims clearly exceed the federal jurisdictional threshold.

### III. Venue and Other Matters

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the Laredo Division of the Southern District of Texas embraces the place where the State Lawsuit has been pending.

8. Copies of all pleadings, processes, orders, and other filings in the State Lawsuit are attached to this Notice as required by 28 U.S.C. §1446(a).

9. Defendant will promptly file a copy of this Notice of Removal with the clerk of the 111th Judicial District, Webb County, Texas where the State Lawsuit is pending.

10. Defendant will promptly provide written notice of this Notice in compliance with 28 U.S.C. §1446(d).

11. Plaintiff did make a demand for a jury trial in the State Lawsuit.  *See Exhibit 1.*

### V.  Conclusion

12. Defendant seeks removal of the State Lawsuit to this Court because removal is proper pursuant to 28 U.S.C. §1332. Defendant files this Notice timely. 28 U.S.C. §1446(b).

13. Defendant's list of all attorneys of record pursuant to LR81.

> Javier Espinoza
> Espinoza Law Firm, PLLC
> 10202 Heritage Blvd
> San Antonio, Texas 78216
> (210) 229-1300 – Telephone
> (210) 229-1302 – Facsimile
> e-service@espinozafirm.com – Email
> *Attorney for Plaintiff Patricia Alvarado*

Jade Heep
Espinoza Law Firm, PLLC
10202 Heritage Blvd
San Antonio, Texas 78216
(210) 229-1300 – Telephone
(210) 229-1302 – Facsimile
jade@espinozafirm.com – Email
*Attorney for Plaintiff Patricia Alvarado*

George Russell Meurer
211 Calle Del Norte, Suite. 100
P.O. Box 6237
Laredo, Texas 78042-6237
(956) 712-1600 – Telephone
(956) 712-1628 – Facsimile
grmeurer@kmp-law.com – Email
*Attorney for Defendant Ross Dress for Less, Inc.*

## V.  Prayer

WHEREFORE PREMISES CONSIDERED, Defendant ROSS DRESS FOR LESS, INC. removes this action from the 111th Judicial District Court of Webb County, Texas to this Court on this 18th day of July, 2019.

Respectfully submitted,

**KAZEN, MEURER & PÉREZ, L.L.P.**

*/s/ George Russell Meurer*
GEORGE RUSSELL MEURER
Federal I.D. No.: 16320
211 Calle Del Norte, Ste. 100
P.O. Box 6237
Laredo, Texas 78042-6237
(956) 712-1600 – Telephone
(956) 712-1628 – Facsimile
grmeurer@kmp-law.com – Email
*Attorney for Defendant Ross Dress for Less, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys in this case and a copy of the foregoing document is being mailed to the unrepresented parties, if any, in this case via hand delivery, first class mail, certified mail, return-receipt requested, and/or facsimile.

  Javier Espinoza
  Jade Heep
  Espinoza Law Firm, PLLC
  10202 Heritage Blvd
  San Antonio, Texas 78216

                */s/ George Russell Meurer*
                GEORGE RUSSELL MEURER